**Carlos MAYBERRY, a/k/a Bel Sable Napolean, Plaintiff–Appellant,**

**v.**

**J. Philip MORGAN, Warden, Defendant–Appellee.**

No. 12–7107.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

Carlos R. Mayberry, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Mayberry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mayberry v. Morgan*, No. 1:11–cv–02215–WDQ, 2012 WL 2339915 (D. Md. June 15, 2012). Mayberry's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*